HENRY W. BURT, Individually and as Executor, etc., Appellant, Respondent, v. WILLIAM B. REED and Others, as Executors, etc., Appellants, Respondents.— Appeals dismissed, without costs, upon stipulation filed.

## FIRST DEPARTMENT, DECEMBER, 1916.

JACOB DAVIDSON and Others, Copartners, etc., Appellants, v. THE CITY OF NEW YORK, Respondent.

Appeal from an order granting a motion to vacate an order for the examination of defendant.

PER CURIAM: The order appealed from is affirmed, with ten dollars costs and disbursements, upon the ground that the provisions of the Code* with reference to examinations do not apply to municipal corporations. (See *Uvalde Asphalt Paving Co.* v. *City of New York*, 149 App. Div. 494.) Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ. Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of LOUIS E. RICH, Respondent, to Examine Before the Commencement of an Action SAMUEL I. HYMAN, Appellant.

Appeal from an order denying a motion to vacate an order for the examination.

PER CURIAM: The order appealed from is reversed, with ten dollars costs and disbursements, and the motion granted, on the ground that the only purpose for which the examination is sought is to enable the plaintiff to ascertain the exact amount due him. (See *Cohn* v. *Hubert*, 140 App. Div. 507.) Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.

### In the Matter of HENRY WOLF, an Attorney.

Disciplinary proceeding instituted by the Bar Association of the City of New York.

PER CURIAM: It appearing that the respondent was admitted to the bar in November, 1913, and was on the 8th day of May, 1916, at a Trial Term of the Supreme Court held in and for the county of Kings, duly convicted upon his plea of guilty of a felony, to wit, attempted grand larceny in the first degree, he is hereby disbarred. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ. Respondent disbarred. Order to be settled on notice.

* See Code Civ. Proc. § 870 *et seq.*— [REP.